IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Troy Lamont Brooks )
─────────────────────── )
Full name and prison number of )
plaintiff(s) )
  ) RECEIVED
  )
  ) 2007 FEB 28  A 9:19
  )
    v. ) CIVIL ACTION NO. 2:07-CV-177-WKW
  ) (To be supplied by the Clerk of the
AMOC ) DEBRA P. HACKETT, CLK
─────────────────────── )  U.S. DISTRICT COURT  District Court)
Bullock County Facility )  MIDDLE DISTRICT ALA
─────────────────────── )
Mental Health )
─────────────────────── )
  )
  )
─────────────────────── )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.    PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
           Plaintiff(s) N/A
           
           Defendant(s) N/A

      2.   Court (if federal court, name the district; if state court, name the county)
           N/A

      3.   Docket No. N/A

      4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Bullock Corr. Fac. P.O. Box 5107 Union Spring Ala 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Jiles | P.O. Box 5107 Union Spring AL 36089 |
| 2. | Warden Boyd | P.O. Box 5107 Union Spring Ala 36089 |
| 3. | Captain Parkins | P.O. Box 5107 Union Spring AL 36089 |
| 4. | Lt Eader | P.O. Box 5107 Union Spring AL 36089 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12 May 4(?)

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Neglect of Serious Medical need

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
I was denied treatment for my Eye impairment when I Registered PHCU

-2-

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I am request that the Court grant me One Million Dollars In permitive Dammages because Deliberated Indifference*

X _Troy Brooks_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
              (date)

X _Troy Brooks_
Signature of plaintiff(s)

-3-

v. page 2 See Drown v Harris 247 F.3D 388 En. 6 (4th Cir 2001) Chavez v Cody 207 F.3d 904 (7th Cir 2000; Barrie Grand County Uton, 119 F3d 862, 868 69 (10th Cir 1997 Lancaster v. Manroe County, 116.3d 1419 n6 (11th Cir 1997)

A. Few courts purport to Apply a different Legal theories In to Claim brought by pretrial detaines But In the End they genererally apply the deliberate Indifference test as they do to Claim brount by convicted Inmates

Troy Brooks #7-16B 156706
Union Springs Ala, P.O. Box 5107
Zip code (36089)

Troy Lamont Brooks, Mental
Bullock Health Unit



Office of Clerk
United States District Court
P.O. Box 711 Montgomery Ala,
(36101-0711)
Official Business