IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TROY LAMONT BROOKS, #156 706         *

    Plaintiff,         *

v.         *         2:07-CV-177-WKW

ALABAMA DEPARTMENT OF         *
CORRECTIONS, *et al.*,
             *

    Defendants.

_____

# ORDER

Plaintiff, an inmate incarcerated at the Bullock Correctional Facility in Union Springs, Alabama, filed this 42 U.S.C. § 1983 action on February 28, 2007. Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that Plaintiff has not submitted any information regarding his inmate account nor did he sign his request for *in forma pauperis* status.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Plaintiff is also advised that, pursuant to F.R.Civ.P. 11, every pleading, motion, and

other paper filed with the court must be signed by the party filing such pleading, motion or other paper or signed by said party's attorney of record. Accordingly, the Clerk is DIRECTED to send to Plaintiff a form for use in requesting leave to proceed *in forma pauperis*. Plaintiff is advised that if he wants this court to consider his IFP request he should complete and sign the IFP form accompanying this order.

Accordingly, it is ORDERED that on or before **March 26, 2007**:

1. Plaintiff shall submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of the instant complaint.

2. Plaintiff shall FILE a completed and signed IFP form;

3. Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed;

4. The Clerk SEND a copy of this order to the account clerk at the Bullock Correctional Facility.

DONE, this 6th day of March 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE