IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TROY LAMONT BROOKS, #156 706    *

    Plaintiff,    *

v.    *    2:07-CV-177-WKW

ALABAMA DEPARTMENT OF    *
CORRECTIONS, *et al*.,
       *

    Defendants.

_____

**O R D E R**

On March 14, 2007 Plaintiff submitted a signed motion for leave to proceed *in forma pauperis* as directed by order entered March 6, 2007. Plaintiff, however, did not submit information regarding his inmate account as also requested in the court's March 6 order. Accordingly, Plaintiff shall be granted additional time to submit this information to the court.

Accordingly, it is ORDERED that:

1. On or before **March 30, 2007** Plaintiff shall submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of the instant complaint. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk SEND a copy of this order to the account clerk at the Bullock

Correctional Facility.

DONE, this 15th day of March 2007.


　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE