Case Number

ID    YR    NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

RECEIVED
2007 MAY 23 A 9:32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

[Insert appropriate court]

__Troy L Brooks__
(Petitioner)

vs.

__Bullock Correctional Facility__
(Respondent(s))

2:07-CV-177-WKW

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Troy Brooks__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No __✓__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   __2000    July__

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____    No __✓__

   b. Rent payments, interest, or dividends?
      Yes _____    No __✓__

   c. Pensions, annuities, or life insurance payments?
      Yes _____    No __✓__

   d. Gifts or inheritances?
      Yes _____    No __✓__

   e. Any other sources?
      Yes _____    No __✓__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____     No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____     No ✓

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2007
            (Date)

                                    Troy Lamont Brooks
                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.04 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said BULLOCK COUNTY CORR. FACILITY institution:

No records found within last 12 months.

_____

5-8-07
DATE

                                    S. Cunningham
                                    AUTHORIZED OFFICER OF INSTITUTION
                                    BULLOCK COUNTY CORR. FACILITY

Rule 32

Troy L Brooks AIS:156706
#T-Q-12-A Union Springs
Alabama P.O. Box 5107
36089

Office of The Clerk
United States District Court
P.O. Box 711 Montgomery
Alabama 36101-0711