IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TROY LAMONT BROOKS, #156 706   *

    Plaintiff,   *

    v.   *   2:07-CV-177-WKW

ALABAMA DEPARTMENT OF   *
CORRECTIONS, *et al.*,
       *

    Defendants.

_____

**O R D E R**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on May 11, 2007 (Doc. No. 7) be and is hereby VACATED.

DONE, this 29th day of May 2007.


      /s/ Susan Russ Walker
      SUSAN RUSS WALKER
      UNITED STATES MAGISTRATE JUDGE