IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TROY LAMONT BROOKS, #156 706,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 2:07-cv-177-WKW** |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **CORRECTIONS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 12) in which he recommended that the case be dismissed for failure to prosecute. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #12) is ADOPTED;

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court and to prosecute this action.

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

                                           /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE